AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MICHAEL DAVITT,

     Plaintiff,       JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:09-CV-00072-ECR-RAM**

MARK GIBBONS, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED without prejudice for failure to pay the filing fee.


  June 29, 2009                                     **LANCE S. WILSON**
                                                      Clerk


                                                     /s/ D. R. Morgan
                                                     Deputy Clerk